

LAW OFFICES OF
**MITCHELL S. SEGAL**
P.C.

Via ECF Filing
Honorable Mary Kay Vyskocil                                    August 15, 2024
United States District Court
Southern District Of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:  <u>Veleva v. Sebastian's Pizzeria Inc et al</u>
     <u>Case No.: 1:24-cv-04930-MKV</u>

Dear Honorable Judge Mary Kay Vyskocil:

I represent the Defendants Sebastian's Pizzeria Inc. d/b/a Lazzara's Pizza, Sebastian Lazzara, and Tony Lazzara in the above-entitled action and cordially request that the Certificate of Default be withdrawn and an extension of time to file a response to the Plaintiff's Complaint by August 28, 2024.  I have contacted Plaintiff's counsel who has consented to this withdrawal. I respectfully request the Court to grant this request.

This is the first extension request in this matter.  I thank your honor for the time taken to review this request.

Respectfully submitted,

/s/ Mitchell Segal
_____
Mitchell Segal

Long Island Office | New York City Office
1129 Northern Boulvard, Suite 404, Manhasset, N.Y. 11030 | 137 Fifth Avenue, 9th Floor, New York, N.Y. 10010

msegal@segallegal.com    (212) 388-9444    (516) 415-0100    800-700-CASE    (516) 706-6631    www.segallegal.com