USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENTINA VELEVA *on behalf of herself and others similarly situated*,

                Plaintiff,

-against-

SEBASTIAN'S PIZZERIA INC. *doing business as* Lazzara's Pizza, SEBASTIAN LAZZARA, and TONY LAZZARA,

                Defendants.

1: 24-cv-04930-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court held an Initial Pre-Trial Conference on November 20, 2024 at 10:30 AM. Both Plaintiff's counsel and Defendants's counsel appeared. The Court and the parties discussed the proposed case management plan (ECF No. 19), pending discovery disputes (ECF Nos. 22, 25), and Plaintiff's anticipated FLSA collective motion.

    Accordingly, IT IS HEREBY ORDERED that on or before November 27, 2024, Defendants's counsel shall produce documents responsive to Plaintiff's RFP Nos. 8, 9, and 10. If Defendants's counsel cannot produce documents responsive to the above requests as ordered then Defendants's counsel must file a client affidavit explaining that Defendants do not have any documents responsive to those requests on or before November 27, 2024.

    IT IS FURTHER ORDERED that on or before November 27, 2024, Defendants's counsel shall produce documents responsive to Plaintiff's RFP Nos. 26, 29, 32, and 33 dated within the last three years. If Defendants's counsel cannot produce documents responsive to the above requests as ordered then Defendants's counsel must file a client affidavit explaining that Defendants do not have any documents responsive to those requests on or before November 27, 2024.

IT IS FURTHER ORDERED that any motion for an FLSA collective must be submitted on or before December 11, 2024. Any opposition is due on or before January 10, 2025. Any reply is due on or before January 17, 2025.

**The parties are reminded that failure to comply with the Court's orders or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties , dismissal or preclusion of claims, defenses, arguments, or evidence.**

The Clerk of Court is respectfully requested to terminate the motion pending at docket entry 22.

**SO ORDERED.**

Date: **November 21, 2024**  
New York, NY

_____  
**MARY KAY VYSKOCIL**  
**United States District Judge**