```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENTINA VELEVA *on behalf of herself and others similarly situated*,

                Plaintiff,

-against-

SEBASTIAN'S PIZZERIA INC. *doing business as Lazzara's Pizza*, SEBASTIAN LAZZARA, and TONY LAZZARA,

                Defendants.

1: 24-cv-04930-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' opposing letters regarding ongoing discovery disputes. [ECF Nos. 37, 38]. Accordingly, IT IS HEREBY ORDERED that the parties shall appear for a conference on January 8, 2025 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that Defendants' counsel shall provide Plaintiff's counsel with five dates in January on which their Rule 30(b)(6) witness is available by December 23, 2024.

**The parties are reminded that failure to comply with the Court's orders, the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

The Clerk of Court is respectfully requested to terminate docket entry 37.

**SO ORDERED.**

**Date: December 20, 2024**
**New York, NY**

*(signature: Mary Kay Vyskocil)*

**MARY KAY VYSKOCIL**
**United States District Judge**