UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
VALENTINA VELEVA, on behalf of herself and
others similarly situated,

                       Plaintiff(s),

v.                                 Case No.: 1:24-cv-04930-MKV

                                        **AFFIDAVIT FOR SEARCH FOR RECORDS**

SEBASTIAN'S PIZZERIA INC. d/b/a
LAZZARA'S PIZZA, SEBASTIAN
LAZZARA, and TONY LAZZARA,

                       Defendant(s).
------------------------------------------X

**TO: PLAINTIFF VALENTINA VELEVA:**

**SCHEDULING ORDER, REQUEST # 3.**

        **PLEASE TAKE NOTICE,** that the Defendants have conducted a reasonable search and state the following:

        1. The Defendants have provided electronic sheets detailing the breakdown of the tip pool results for every shift that the Plaintiff worked and participated in the tip pool. After a complete search, the Defendants do not have handwritten tip sheets.

        2. The Defendants have provided electronic sheets detailing the breakdown of the receipts of all sales and tips paid by customers. After a complete search the Defendants have not found nor are in possession of paper receipts detailing sales and tips paid by customers for every shift that the Plaintiff worked and participated in the tip pool.

3. The Defendants have provided electronic sheets detailing all receipts for all sales and tips paid by customers for to go orders including from all delivery applications for to go orders on every shift that the Plaintiff worked. After a complete search the Defendants have not found nor are in possession of paper receipts detailing sales and tips paid by customers for to go orders on every shift that the Plaintiff worked.

4. All records were searched including any pertinent information on current phones and the Defendants attempted to locate old phones which after an exhaustive search could not find.

SEBASTIAN LAZZARA

*[signature]*

STATE OF NEW YORK )
                 ss. )
COUNTY OF NEW YORK ).

On the 15th day of January, 2025, before me, the undersigned notary public, personally appeared Sebastian Lazzara, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public