UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
VALENTINA VELEVA, on behalf of            CASE NO. 24 CV 4930 (MKV)
herself and others similarly situated,

        **Plaintiff,**

    v.

SEBASTIAN'S PIZZERIA INC. d/b/a
LAZZARA'S PIZZA, SEBASTIAN
LAZZARA, and TONY LAZZARA,

        **Defendants.**
---------------------------------------------------x

## **PROPOSED JUDGMENT**

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 25, 2025; and Defendants having offered Plaintiff Valentina Veleva and Opt-In Plaintiff Cheyenne Arana an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendants in the amount of $45,000 inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims to the date of this offer; it is,

ORDERED and ADJUDGED that Judgment is entered in favor of Valentina Veleva and Cheyenne Arana against all Defendants in the amount of $45,000 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims to the date of this offer.

Dated: _____
New York, New York

                                                              Hon. Mary K. Vyskocil