USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

VALENTINA VELEVA, on behalf of herself and others similarly situated,

            **Plaintiff,**

    v.

SEBASTIAN'S PIZZERIA INC. d/b/a LAZZARA'S PIZZA, SEBASTIAN LAZZARA, and TONY LAZZARA,

            **Defendants.**
-----------------------------------------------------x

CASE NO. 24 CV 4930 (MKV)

## PROPOSED JUDGMENT

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 25, 2025; and Defendants having offered Plaintiff Valentina Veleva and Opt-In Plaintiff Cheyenne Arana an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendants in the amount of $45,000 inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims to the date of this offer; it is,

ORDERED and ADJUDGED that Judgment is entered in favor of Valentina Veleva and Cheyenne Arana against all Defendants in the amount of $45,000 inclusive of all damages, interest, costs and reasonable attorneys' fees incurred by Plaintiffs in litigating their claims to the date of this offer.

Dated: April 4, 2025
New York, New York

                                                */s/ Mary Kay Vyskocil*
                                                Hon. Mary K. Vyskocil